UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDIKE INT'L CORP. AND
MEDIKE, LLC,

                Plaintiffs,

-v-

BRYAN GILLER, KIMBERLY BARNES, KT DERI SANAYI TICARET ANONIM SIRKETI, KT TRADE, LLC, KT TRIMS AND ACCESSORIES GMBH, JOHN DOES 1-10, AND ABC ENTITIES 1-10,

                Defendants.

23-CV-8939 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    A telephone conference to discuss Plaintiffs' proposed order to show cause with temporary restraining order will be held on **Friday, October 13, 2023, at 3:30 p.m.** New York time. At that time, counsel for Plaintiffs and counsel for Defendants (or Defendants themselves if they have not yet retained counsel) are directed to dial **888-557-8511 and enter passcode 9300838**.

    SO ORDERED.

Dated: October 12, 2023
       New York, New York

                                          J. PAUL OETKEN
                                       United States District Judge